UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In the Matter of: | |
| RICHARD JONATHAN GARZA JR. | Chapter 13 |
| SSN: ###-##-1464 | Case No. 11-12729-SSM |
| Debtor | |

## ORDER

      This matter came on by Motion of the Trustee seeking Order of this Court requiring the employer of the Debtor to withhold the payment of $818.01 per month required by the Plan of the Debtor, and to pay that amount monthly to the Trustee, Thomas P. Gorman, according to the requirement of Section 1325 (c) of the Code; and it appearing to the Court:

      (1) That the Debtor filed a voluntary petition herein under Chapter 13 of the Code on April 13, 2011 and

      (2) That the Plan (as amended, if appropriate) was confirmed, after due Notice thereof, and

      (3) That pursuant to Section 1325 (c) of the Code, after confirmation of a Plan, the Court may order any entity from whom the Debtor receives income to pay all or any part of such income to the Trustee, and

      (4) That the Debtor, Richard Jonathan Garza Jr. is presently employed by Virginia Electric and Power Comany and receives income therefrom, and

      (5) That the amount of $818.01 per month should be withheld from that income and paid over to Thomas P. Gorman, the standing Trustee of this Court at P.O. Box 1553, Memphis, TN 38101-1553.

      IT IS ORDERED, that beginning with the month of JULY, 2011 Virginia Electric and Power Comany be and they hereby are required to withhold the amount of $818.01 per month from the monthly income of the Debtor, Richard Jonathan Garza Jr., and pay over the full amount thereof each month to:

Thomas P. Gorman
Chapter 13 Trustee
P.O. Box 1553
Memphis, TN 38101-1553

Dated:_____                           _____
                                                Stephen S. Mitchell
                                                United States Bankruptcy Judge

I Ask For This:

_/s/ Thomas P. Gorman _____
Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA  22314
(703) 836-2226
VSB #26421


Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).


/s/ Thomas P. Gorman_____
Thomas P. Gorman, Chapter 13 Trustee

**PARTIES TO RECEIVE COPIES**

Richard Jonathan Garza Jr.
Chapter 13 Debtor
10011 Pouring Rain Place
Nokesville, VA 20181

Michael J.O. Sandler
Attorney for Debtor
12781 Darby Brook Court, Suite 201
Woodbridge, VA 22192

Virginia Electric And Power Comany
ATTN: Payroll Office
PO Box 26666
Richmond, VA 23261

Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington Street, Ste. 400
Alexandria, VA  22314